**Opinion filed September 25, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00097-CV

_____

## MICHEAL RALSTON, Appellant

## V.

## BRAD LIVINGSTON ET AL., Appellees

**On Appeal from the 259th District Court**
**Jones County, Texas**
**Trial Court Cause No. 023131**

## M E M O R A N D U M   O P I N I O N

The trial court dismissed as frivolous all of the claims brought by Micheal Ralston,[1] an indigent inmate, against the defendants. Ralston filed a pro se notice of appeal on April 8, 2014. Appellant's brief in this appeal was originally due to be filed on August 4, 2014. On its own motion, this court granted an extension and extended the deadline to September 15, 2014. This court notified Appellant of the

---

[1]We note that Appellant's name appears in the clerk's record as "Micheal Ralston" on the documents filed by Appellant and as "Michael Ralston" on the judgment of the trial court and the documents filed by the defendants.

deadline and the extended deadline. We also informed Appellant that the failure to file his brief by the September 15 due date "**may result in dismissal of the case**." Appellant has yet to file a brief or a motion for extension and has not responded to this court's letters regarding his brief. Accordingly, we conclude that the appeal should be dismissed based upon Appellant's failure to prosecute the appeal. TEX. R. APP. P. 38.8, 42.3.

The appeal is dismissed for want of prosecution.

PER CURIAM

September 25, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.